IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 3:16mj342 |
| | ) | |
| v. | ) | ORDER SEALING |
| | ) | |
| MELVIN THOMAS LEWIS | ) | |
| | ) | |

UPON MOTION of the United States of America, by and through Jill Westmoreland Rose, United States Attorney for the Western District of North Carolina, for an Order directing that the Motion to Seal, this Order, the Complaint, Affidavit, and Warrant in this matter be sealed, to protect the secrecy of the on-going nature of the investigation in this matter until further order of this Court,

**IT IS HEREBY ORDERED** that the Motion to Seal, this Order, the Complaint, Affidavit, and Warrant be sealed until further order of this Court.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

This the 2nd day of September, 2016.

FILED
CHARLOTTE, NC

SEP 02 2016

U.S. DISTRICT COURT
WESTERN DISTRICT OF NC

_____
DAVID S. CAYER
UNITED STATES MAGISTRATE JUDGE